IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ADAM DAVID SHIELDS,<br><br>                   Plaintiff,<br><br>v.<br><br>MICHAEL ROBINSON et al.,<br><br>                   Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:19-CV-72 DN<br><br>District Judge David Nuffer |

      Plaintiff, Adam David Shields, filed a prisoner civil-rights complaint. 42 U.S.C.S. § 1983 (2021). He now moves to dismiss it. (ECF No. 25.) Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the plaintiff's request."

      IT IS ORDERED that Plaintiff's motion to dismiss his complaint is GRANTED. (ECF No. 25.) This action is CLOSED.

      Dated September 1, 2021.

BY THE COURT:

_____
David Nuffer
United States District Judge